```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

LARRY JAMES BLAYLOCK, #46425-080                          PETITIONER

VS.                              CIVIL ACTION NO. 3:15CV112TSL-RHW

WARDEN BONITA MOSLEY                                      RESPONDENT

<u>ORDER</u>

This cause is before the court on the report and recommendation entered by United States Magistrate Judge Robert H. Walker on August 24, 2015, recommending that petitioner's habeas corpus petition brought pursuant to 28 U.S.C. § 2241 be denied. <u>Pro se</u> petitioner Larry James Blaylock has failed to file an objection and the time for doing so has since expired. Having considered the report and recommendation and the motion, the court concludes that it is well taken and should be adopted as the opinion of this court.

It is therefore ordered that the report and recommendation of Magistrate Judge Robert H. Walker is adopted as the opinion of this court.

IT IS THEREFORE ORDERED that petitioner's habeas corpus petition is denied. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED AND ADJUDGED this the 5th day of October, 2015.

                              /s/ Tom S. Lee_____
                              UNITED STATES DISTRICT JUDGE